UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | HON. WILLIAM H. WALLS |
| v. | : | CRIMINAL NO. 09-743 |
| | : | |
| RICHARD OLIVIERI | : | |
| | | ORDER FOR TRAVEL |

This matter having come before the Court on the application of defendant, Richard Olivieri, through his counsel, Kevin F. Carlucci, Esq., Assistant Federal Public Defender, and the United States, by Andre Espinosa, Assistant United States Attorney, having no objection, for an Order permitting travel while on home confinement and for good cause shown,

IT IS ON THIS ___ th day of December, 2011 *nunc pro tunc 23 Dec XI)*

ORDERED that the defendant be permitted to travel to and remain at the home of a person approved by Pretrial Services from December 23, 2011 to December 26, 2011

IT IS FURTHER ORDERED that defendant must report to Pretrial Services daily by phone as directed by Pretrial Services while away from his residence

HONORABLE WILLIAM H. WALLS
United States District Judge