UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | The Hon. William H. Walls |
| v. | : | Criminal No. 09-743 (S-1) |
| RICHARD OLIVIERI | : | **SEALING ORDER** |

This matter having been opened to the Court on the application of the United States of America (Gurbir S. Grewal, Assistant U.S. Attorney, appearing), for an order to seal Exhibit 21 to the Government's November 28, 2011 submission concerning restitution in this case on the Court's Case Management/Electronic Case Files/PACER (the "CM/ECF/PACER") System, on the basis that it contains law enforcement sensitive information and information describing child pornography, and defendant RICHARD OLIVIERI (Kevin Carlucci, Esq., A.F.P.D., appearing) having consented to the entry of such order;

AND THE COURT having determined that the referenced document implicates privacy concerns, contains law enforcement sensitive information, and references child pornography;

IT IS HEREBY ORDERED on this 20 day of March, 2012, that the Clerk of Court for the United States District Court for the District of New Jersey shall seal Exhibit 21 to the government's November 28, 2011 submission concerning restitution.

SO ORDERED.

_____
HONORABLE William H. Walls
United States District Judge